**E-Filed 10/23/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CESAR CADENA and JENNY LORRAINE CADENA, INDIVIDUALLY and d/b/a THE DERBY BAR A/K/A/ DERBY SPORTS LOUNGE <br><br> Defendants. | Case Number CV 09-01503 JF (PVT) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br><br> [re: doc. no. 21] |

Pursuant to the request of Plaintiff's counsel on the record in open court the motion is denied without prejudice.

**IT IS SO ORDERED.**

DATED: October 23, 2009

_____
JEREMY FOGEL
United States District Court

1

Case Number CV 09-01503 JF (PVT)
ORDER DENYING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT
(JFLC1)

1
2
3   This Order has been served upon the following persons:
4
    Thomas Peter Riley     tprlaw@att.ner, tprsf@att.net, tprusa@att.net
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                               2
    Case Number CV 09-01503 JF (PVT)
28  ORDER DENYING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT
    (JFLC1)